UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| PEAK, WILLIAM L. § | Case No. 12-07975 |
| PEAK, LINDA M. § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE UNITED STATES BANKRUPTCY COURT
  NORTHERN DISTRICT OF IL/EASTERN DIVISION
  219 S. DEARBORN STREET
  CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,
  Will County Court - Joliet City Hall
  150 West Jefferson Street
  Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012          By: /s/ Bradley J. Waller
                                          Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
PEAK, WILLIAM L.                     §    Case No. 12-07975
PEAK, LINDA M.                       §
                                     §
          Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 370.49 |
| leaving a balance on hand of[1] | $ | 5,629.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 185.25 | $ 0.00 | $ 185.25 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,535.25 |
| Remaining Balance | $ | 4,094.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,053.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank | $ 7,985.17 | $ 0.00 | $ 384.38 |
| 000002 | Discover Bank | $ 10,262.44 | $ 0.00 | $ 494.01 |
| 000003 | Capital One Bank (USA), N.A. | $ 19,490.86 | $ 0.00 | $ 938.24 |
| 000004 | Capital One Bank (USA), N.A. | $ 12,999.82 | $ 0.00 | $ 625.77 |
| 000005 | U.S. Bank, N.A. | $ 3,692.02 | $ 0.00 | $ 177.72 |
| 000006 | FIA CARD SERVICES, N.A. | $ 9,695.09 | $ 0.00 | $ 466.69 |
| 000007 | GE Capital Retail Bank | $ 3,422.48 | $ 0.00 | $ 164.75 |
| 000008 | Sallie Mae | $ 5,871.88 | $ 0.00 | $ 282.66 |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 228.00 | $ 0.00 | $ 10.98 |
| 000010 | Portfolio Recovery Associates, LLC | $ 11,406.19 | $ 0.00 | $ 549.06 |

Total to be paid to timely general unsecured creditors  $ 4,094.26

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                                    Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

Case 12-07975   Doc 40   Filed 12/07/12   Entered 12/09/12 23:38:46   Desc Imaged
Case 12-07975   Doc 15   Filed 03/28/12   Entered 03/30/12 23:40:04   Desc Imaged
Certificate of Notice   Page 5 of 10
Certificate of Notice   Page 2 of 4

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-07975-BWB
William L. Peak                                                     Chapter 7
Linda M. Peak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3              Date Rcvd: Mar 28, 2012
                              Form ID: ntcftfc7        Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2012.
db/jdb         +William L. Peak,    Linda M. Peak,    P.O. Box 1185,    Peotone, IL 60468-1185
18558437       +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18558439       +Beverly Bank,    10258 S. Western,    Chicago, IL 60643-1948
18558440       +Bill Vlahes,    101 Sumner,    Peotone, IL 60468-9544
18558441       +Bill Vlahes,    101 W Sumner,    Peotone, IL 60468-9544
18558442       +Brian Rudisco,    101 Sumner,    Peotone, IL 60468-9544
18558447       +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
                 Woodbury, MN 55125-1703
18558448       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
18558454        Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
18558455        Experian,    P.O. Box 9701,    Allen, TX 75013-9701
18558434       +First Farm Credit Services,    570 William Ltham Drive,    Bourbonnais, IL 60914-2320
18558457        Gecrb/ge money bank lo,    Lowes/MGBA/GEMB Attn: Bankruptcy,    Dept. PO Box 103104,
                 Roswell, GA 30076
18558471       +Loan Department,    10258 S. Western Ave.,    Chicago, IL 60643-1948
18558469       ++TIME PAYMENT CORP,    16 NEW ENGLAND EXECUTIVE PARK,    STE 200,   BURLINGTON MA 01803-5222
                (address filed with court: Leasecomm,    10 M Commerce Way,    Woburn, MA 01801)
18558477       +Tnb- Target Target Credit Card (TC),    C/O Fincl & Retail Services,,   Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
18558478       +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
18558480        U.S. Bank Home Mortgage,    4801 Frederica Streat,    Owensboro, KY 42301
18558488       +William L. Peak,    32257 S. Dreckslerri,    Peotone, IL 60468-9354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18558438        EDI: BANKAMER.COM Mar 29 2012 01:23:00      Bank Of America,    Po Box 851001,
                 Dallas, TX 75285-1001
18558436       +EDI: BANKAMER.COM Mar 29 2012 01:23:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410-8110
18558444        EDI: CAPITALONE.COM Mar 29 2012 01:23:00      Cap One,    PO Box 85520,   Richmond, VA 23285
18558443       +EDI: CAPITALONE.COM Mar 29 2012 01:23:00      Cap One,    Attn: Bankruptcy Dept.,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
18558445       +EDI: CAPITALONE.COM Mar 29 2012 01:23:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
18558446       +EDI: CHASE.COM Mar 29 2012 01:23:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
18558449        E-mail/Text: bankruptcy@commercebank.com Mar 29 2012 03:02:53      Commerce Bank,    PO Box 806000,
                 Kansas City, MO 64180-6000
18558450       +E-mail/Text: bankruptcy@commercebank.com Mar 29 2012 03:02:53      Commerce Bk,    Po Box 411036,
                 Kansas City, MO 64141-1036
18558452       +EDI: DISCOVER.COM Mar 29 2012 01:23:00      Discover Fin,    PO Box 6103,
                 Carol Stream, IL 60197-6103
18558451       +EDI: DISCOVER.COM Mar 29 2012 01:23:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 3025,   New Albany, OH 43054-3025
18558453       +EDI: DISCOVER.COM Mar 29 2012 01:23:00      Discover Fin Svcs Llc,    PO Box 15316,
                 Wilmington, DE 19850-5316
18558456       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/ Ge Money Bank Lo,    PO Box 956005,
                 Orlando, FL 32896-0001
18558459       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/jcp,    PO Box 965005,   Orlando, FL 32896-5005
18558458       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/jcp,    Gemb/JC Penny Attn: Bankruptcy,
                 PO Box 103104,   Roswell, GA 30076-9104
18558461       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/lenscrafters,    PO Box 981439,
                 El Paso, TX 79998-1439
18558460       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/lenscrafters,    Attn: Bankruptcy,   PO Box 103104,
                 Roswell, GA 30076-9104
18558462       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gecrb/lowes Pc,    PO Box 965005,   Orlando, FL 32896-5005
18558463       +EDI: RMSC.COM Mar 29 2012 01:23:00     Gemb/lowes Pc,    Attn: bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
18558464       +EDI: HFC.COM Mar 29 2012 01:23:00     HSBC Retail Services,    PO Box 17602,
                 Baltimore, MD 21297-1602
18558467       +EDI: HFC.COM Mar 29 2012 01:23:00     Hsbc/Menards,    90 Christiana Road,
                 New Castle, DE 19720-3118
18558466       +EDI: HFC.COM Mar 29 2012 01:23:00     Hsbc/Menards,    Attn: Bankruptcy Dept,   Po Box 5263,
                 Carol Stream, IL 60197-5263
18558465       +EDI: HFC.COM Mar 29 2012 01:23:00     Hsbc/carsn,    PO Box 15521,   Wilmington, DE 19850-5521
18558468       +EDI: CBSKOHLS.COM Mar 29 2012 01:23:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
18558472       +EDI: SALMAESERVICING.COM Mar 29 2012 01:23:00      Sallie Mae,   PO Box 9555,
                 Wilkes Barre, PA 18773-9555
18558473       +EDI: SEARS.COM Mar 29 2012 01:23:00     Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
18558474       +EDI: CITICORP.COM Mar 29 2012 01:23:00      Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,
                 Po Box 20507,   Kansas City, MO 64195-0507
18558475       +EDI: CITICORP.COM Mar 29 2012 01:23:00      Shell/citi,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
18558476       +EDI: WTRRNBANK.COM Mar 29 2012 01:23:00      Tnb- Target,    PO Box 673,
                 Minneapolis, MN 55440-0673

```
District/off: 0752-1           User: adragonet            Page 2 of 3             Date Rcvd: Mar 28, 2012
                               Form ID: ntcftfc7          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
 18558479        EDI: USBANKARS.COM Mar 29 2012 01:23:00      U.S. Bank,    PO Box 790408,
                  Saint Louis, MO 63179-0408
 18558481        EDI: USBANKARS.COM Mar 29 2012 01:23:00      US Bank,    Po Box 790408,
                  Saint Louis, MO 63179-0408
 18558483        EDI: USBANKARS.COM Mar 29 2012 01:23:00      Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125
 18558482       +EDI: USBANKARS.COM Mar 29 2012 01:23:00      Us Bank Home Mortgage,    777 E Wisconsin,
                  Milwaukee, WI 53202-5370
 18558484       +EDI: WFNNB.COM Mar 29 2012 01:23:00      Wfnnb/express,    Attn: Bankruptcy,    PO Box 182686,
                  Columbus, OH 43218-2686
 18558485       +EDI: WFNNB.COM Mar 29 2012 01:23:00      Wfnnb/express,    PO Box 330066,
                  Northglenn, CO 80233-8066
 18558487       +EDI: WFNNB.COM Mar 29 2012 01:23:00      Wfnnb/the Avenue,    PO Box 2974,
                  Shawnee Mission, KS 66201-1374
 18558486       +EDI: WFNNB.COM Mar 29 2012 01:23:00      Wfnnb/the Avenue,    Wfnnb/tsa Attn: Bankruptcy,
                  PO Box 182686,    Columbus, OH 43218-2686
                                                                                              TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 18558470*      +Linda M. Peak,    P.O. Box 1185,    Peotone, IL 60468-1185
 18558435      ##+Andrew Peak,   101 Sumner,    Peotone, IL 60468-9544
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2012                   Signature:   _Joseph Speetjens_

District/off: 0752-1               User: adragonet               Page 3 of 3               Date Rcvd: Mar 28, 2012
                                   Form ID: ntcftfc7             Total Noticed: 54

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Toolis    on behalf of Debtor William Peak twt@jtlawllc.com,
          lld@jtlawllc.com;axb@jtlawllc.com
                                                                                                                                     TOTAL: 3

```
                               United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                              Case No. 12-07975-BWB
William L. Peak                                                     Chapter 7
Linda M. Peak
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet             Page 1 of 3                  Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
db/jdb         +William L. Peak,   Linda M. Peak,   P.O. Box 1185,   Peotone, IL 60468-1185
18558436       +Bank Of America,    Attention: Recovery Department,   4161 Peidmont Pkwy.,
                 Greensboro, NC 27410-8110
18558438        Bank Of America,   Po Box 851001,   Dallas, TX 75285-1001
18558437       +Bank Of America,   Po Box 982238,   El Paso, TX 79998-2238
18558439       +Beverly Bank,   10258 S. Western,   Chicago, IL 60643-1948
18558440       +Bill Vlahes,   101 Sumner,   Peotone, IL 60468-9544
18558441       +Bill Vlahes,   101 W Sumner,   Peotone, IL 60468-9544
18558442       +Brian Rudisco,   101 Sumner,   Peotone, IL 60468-9544
18558444      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   PO Box 85520,   Richmond, VA 23285)
18558443       +Cap One,   Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
18558445       +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
18767487        Capital One Bank (USA), N.A.,   PO Box 248839,   Oklahoma City, OK 73124-8839
18558446       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18558447       +Check Systems, Inc.,   Attn: Customer Relations,   7805 Hudson Road, Ste 100,
                 Woodbury, MN 55125-1703
18558448       +Chela/Sallie Mae,   Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
18558454        Equifax Information Services, LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
18558455        Experian,   P.O. Box 9701,   Allen, TX 75013-9701
18867420        FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18558434       +First Farm Credit Services,   570 William Ltham Drive,   Bourbonnais, IL 60914-2320
18558456       +Gecrb/ Ge Money Bank Lo,   PO Box 956005,   Orlando, FL 32896-0001
18558457        Gecrb/ge money bank lo,   Lowes/MGBA/GEMB Attn: Bankruptcy,   Dept. PO Box 103104,
                 Roswell, GA 30076
18558459       +Gecrb/jcp,   PO Box 965005,   Orlando, FL 32896-5005
18558458       +Gecrb/jcp,   Gemb/JC Penny Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
18558460       +Gecrb/lenscrafters,   Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
18558461       +Gecrb/lenscrafters,   PO Box 981439,   El Paso, TX 79998-1439
18558462       +Gecrb/lowes Pc,   PO Box 965005,   Orlando, FL 32896-5005
18558463       +Gemb/lowes Pc,   Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18558464       +HSBC Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
18558467       +Hsbc/Menards,   90 Christiana Road,   New Castle, DE 19720-3118
18558466       +Hsbc/Menards,   Attn: Bankruptcy Dept,   Po Box 5263,   Carol Stream, IL 60197-5263
18558465       +Hsbc/carsn,   PO Box 15521,   Wilmington, DE 19850-5521
18558471       +Loan Department,   10258 S. Western Ave.,   Chicago, IL 60643-1948
19085017      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Us Bank,   POB 41067,
                 Norfolk VA 23541)
18731808       +Palos Community Hospital,   12251 South 80th Avenue,   Palos Heights, IL 60463-0930
18731809      ##+Radiology & Nuclear,   Consultants,   7808 College Drive 1SE,   Palos Heights, IL 60463-1095
18558473       +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
18558474       +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195-0507
18558475       +Shell/citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
18558469      ++TIME PAYMENT CORP,   16 NEW ENGLAND EXECUTIVE PARK,   STE 200,   BURLINGTON MA 01803-5222
               (address filed with court: Leasecomm,   10 M Commerce Way,   Woburn, MA 01801)
18731811       +The University of Chicago,   Physicians Group,   75 Remittance Drive, Suite 1385,
                 Chicago, IL 60675-1385
18558476       +Tnb- Target,   PO Box 673,   Minneapolis, MN 55440-0673
18558477       +Tnb- Target Target Credit Card (TC),   C/O Fincl & Retail Services,,   Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
18558478       +TransUnion Consumer Solutions,   P.O. Box 2000,   Chester, PA 19016-2000
18558480        U.S. Bank Home Mortgage,   4801 Frederica Streat,   Owensboro, KY 42301
18558479      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
19341582       +US Bank National Association,   c/o,   Pierce and Associates,   1 N Dearborn Suite 1300,
                 Chicago, IL 60602-4373
18731812       +University of Chicago Medical Center,   15965 Collections Center Drive,   Chicago, IL 60693-0159
18558482       +Us Bank Home Mortgage,   777 E Wisconsin,   Milwaukee, WI 53202-5370
18558484       +Wfnnb/express,   Attn: Bankruptcy,   PO Box 182686,   Columbus, OH 43218-2686
18558487       +Wfnnb/the Avenue,   PO Box 2974,   Shawnee Mission, KS 66201-1374
18558486       +Wfnnb/the Avenue,   Wfnnb/tsa Attn: Bankruptcy,   PO Box 182686,   Columbus, OH 43218-2686
18558488       +William L. Peak,   32257 S. Drecksleri,   Peotone, IL 60468-9354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18558449        E-mail/Text: bankruptcy@commercebank.com Dec 07 2012 20:53:20     Commerce Bank,   PO Box 806000,
                 Kansas City, MO 64180-6000
18708816        E-mail/Text: bankruptcy@commercebank.com Dec 07 2012 20:53:20     Commerce Bank,   P O BOX 419248,
                 KCREC-10,   Kansas City, MO 64141-6248
18558450       +E-mail/Text: bankruptcy@commercebank.com Dec 07 2012 20:53:20     Commerce Bk,   Po Box 411036,
                 Kansas City, MO 64141-1036
18720747        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2012 20:58:57     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
```

```
District/off: 0752-1          User: adragonet             Page 2 of 3             Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18558452     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2012 21:04:14      Discover Fin,   PO Box 6103,
              Carol Stream, IL 60197-6103
18558451     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2012 21:04:14      Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18558453     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2012 21:04:14      Discover Fin Svcs Llc,
              PO Box 15316,    Wilmington, DE 19850-5316
18873892      E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2012 20:57:42      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18558468     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 20:49:28      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19070398     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 20:48:37
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
18558472     +E-mail/PDF: pa_dc_claims@salliemae.com Dec 07 2012 21:02:08      Sallie Mae,   PO Box 9555,
              Wilkes Barre, PA 18773-9555
18955636     +E-mail/PDF: pa_dc_claims@salliemae.com Dec 07 2012 21:04:07      Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18558470*    +Linda M. Peak,    P.O. Box 1185,    Peotone, IL 60468-1185
18794801*   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, Ohio 45201-5229)
18558481*   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    Po Box 790408,   Saint Louis, MO 63179-0408)
18558483*   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
18558435    ##+Andrew Peak,    101 Sumner,    Peotone, IL 60468-9544
18558485    ##+Wfnnb/express,    PO Box 330066,    Northglenn, CO 80233-8066
                                                                                         TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**              **Signature:**   _Joseph Speetjens_

Case 12-07975   Doc 40   Filed 12/07/12   Entered 12/09/12 23:38:46   Desc Imaged
                         Certificate of Notice   Page 10 of 10

```
District/off: 0752-1          User: adragonet              Page 3 of 3                  Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Toolis    on behalf of Debtor William Peak twt@jtlawllc.com,
          lld@jtlawllc.com;axb@jtlawllc.com
          Toni  Dillon   on behalf of Creditor  U.S. Bank National Association tdillon@atty-pierce.com,
          northerndistrict@atty-pierce.com
          TOTAL: 4